Information to identify the case:

Debtor 1: Alfonso Pettis
First Name Middle Name Last Name

Social Security number or ITIN: xxx–xx–1298
EIN: _ _–_ _ _ _ _ _ _

Debtor 2:
(Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN: _ _ _ _
EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court: Western District of Texas

Date case filed for chapter: 7 8/11/26

Case number: 26–11567–smr

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Alfonso Pettis | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | PO Box 402<br>Cedar Park, TX 78630 | |
| **4. Debtor's attorney** Name and address | Alfonso Pettis<br>PO Box 402<br>Cedar Park, TX 78630 | Contact phone 512 909 8281<br>Email: None |
| **5. Bankruptcy trustee** Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone (830) 407–5115<br>Email: pat.lowe.law@gmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 8/12/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 24, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 665 717 4178, Passcode, 3258264599 OR call (830) 542–7284**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/23/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-11567-smr

Alfonso Pettis Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: admin Page 1 of 3

Date Rcvd: Aug 12, 2026 Form ID: 309A1 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19276640 | + | ABC-AMEGA INC. C/O RACKSPACE, 135 DELAWARE AVENUE, SUITE 504, BUFFALO, NY 14202-2415 |
| 19276641 | | ACE CASH EXPRESS, 2541 N INTERSTATE HWY 35 STE 300, ROUND ROCK, TX 78664 |
| 19276645 | | AUSTIN REGIONAL CLINIC, 12779 TX-29, LIBERTY HILL, TX 78642 |
| 19276649 | + | CHECK& GO, 206 W MAIN ST SUITE #104, ROUND ROCK, TX 78664-5874 |
| 19276651 | + | CREDIT COLLECTION SERV CO PROGRESSIVE, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 19276653 | + | EARNIN - ATTN: CUSTOMER CARE, 391 SAN ANTONIO ROAD, THIRD FLOOR, MOUNTAIN VIEW, CA 94040-1267 |
| 19276656 | + | HCTRC - VIOLATIONS, P.O. BOX 4440 DEPT8, HOUSTON, TX 77210-4440 |
| 19276658 | + | JAVIER BLAS, 1329 S FM 1174 LOT36, BERTRAM, TX 78605-4122 |
| 19276682 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, TMOBILE, PO BOX 53410, BELLEVUE, WA 98015 |
| 19276660 | + | JOSE MANUEL TREJO & ESBEYDE JAIMES REYNOSA, 2810 HALITE BEND, PFLUGERVILLE, TX 78660-6338 |
| 19276668 | + | NEW DAY COLLECTIONS, CO ACTION CREDIT, 2 NORTH TAMIAMI TRAIL STE 101, SARASOTA, FL 34236-5562 |
| 19276670 | | PROGRESSIVE LEASING, 25 6W DATA D, DRAPER, UT 84020 |
| 19276673 | | SEC STATE BK 2, 01 W MAIN ST, FREDERICKSBURG, TX 78624 |
| 19276676 | + | SECURITY SERVICES BANK & TRUST, 15050 W STATE HWY 29, LIBERTY HILL, TX 78642-2358 |
| 19276687 | + | WELLS FARGO, 920 N. LAKELINE BLVD., CEDAR PARK, TX 78613-6777 |
| 19276688 | + | WILLRUSH, 4144 N CENTRAL EXPRESSWAY, DALLAS, TX 75204-3140 |
| 19276689 | + | WOODFOREST NATIONAL BANK, 2801 E. WHITESTONE BLVD, CEDAR PARK, TX 78613-1200 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19276642 | + | Email/Text: bnc@teampurpose.com | Aug 12 2026 23:40:00 | ADVANCE AMERICA, 2110 W PECAN ST SUITE 103, PFLUGERVILLE, TX 78660-3559 |
| 19276643 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 12 2026 23:47:11 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 19276644 | + | EDI: ATTWIREBK.COM | Aug 13 2026 03:29:00 | AT&T WIRELESS, 2270 LAKESIDE BLVD, 7TH FLOOR, RICHARDSON, TX 75082-4304 |
| 19276646 | | Email/Text: billingquestions@bswhealth.org | Aug 12 2026 23:39:11 | BAYLOR SCOTT WHITE HEALTH, P.O. BOX 1259, DEPT. 123477, OAKS, PA 19456 |
| 19276647 | + | EDI: CAPONEAUTO.COM | Aug 13 2026 03:29:00 | CAPONE AUTO, 3901 DALLAS PKWY, PLANO, TX 75093-7864 |
| 19276672 | | Email/Text: electronicbankruptcy@ctrma.org | Aug 12 2026 23:40:00 | RMA TOLL PROCESSING, P.O. BOX 734182, DALLAS, TX 75373 |
| 19276648 | + | EDI: JPMORGANCHASE | Aug 13 2026 03:29:00 | CHASE BANK, 651 NORTH US HIGHWAY 183, LEANDER, TX 78641-7000 |
| 19276650 | | Email/Text: AEBankruptcyGroup@austinenergy.com | Aug 12 2026 23:39:00 | CITY OF AUSTIN/AUSTIN ENERGY, P.O. BOX 2267, AUSTIN, TX 78783 |
| 19276652 | + | EDI: MAXMSAIDV | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 03:29:00 | DPT ED/AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 19276652 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 12 2026 23:36:59 | DPT ED/AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 19276654 | | Email/Text: operationsclerk@easypayfinance.com | Aug 12 2026 23:39:00 | EASYPAY FINANCE, 3220 EXECUTIVE RIDGE, SUITE 200, VISTA, CA 92081 |
| 19276655 | | Email/Text: BNSFS@capitalsvcs.com | Aug 12 2026 23:39:00 | FSB BLAZE, 500 E. 60TH STREET, SIOUX FALLS, SD 57104 |
| 19276657 | + | EDI: IRS.COM | Aug 13 2026 03:29:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 19276682 | | EDI: JCTM | Aug 13 2026 03:29:00 | TMOBILE, PO BOX 53410, BELLEVUE, WA 98015 |
| 19276659 | | EDI: JEFFERSONCAP.COM | Aug 13 2026 03:29:00 | JEFFERSON CAPITAL SYST -, C/O REGIONAL FINANCE, 16 MCLELAND RD SAINT, CLOUD, MN 56303 |
| 19276661 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 23:36:43 | LVNV FUNDING LLC, C/O CREDIT ONE, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 19276662 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 23:36:53 | LVNV FUNDING LLC, C/O FINGERHUT, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 19276663 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 12 2026 23:39:00 | MARINR FINC, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 19276664 | + | EDI: CBS7AVE | Aug 13 2026 03:29:00 | MASON EASY PAY, PO BOX 2822, MONROE, WI 53566-8022 |
| 19276665 | + | EDI: CBS7AVE | Aug 13 2026 03:29:00 | MASSEYS, 1251 1ST AVENUE SOUTH, CHIPPEWA FALLS, WI 54729-1677 |
| 19276666 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2026 23:40:00 | MIDLAND CREDIT MANAGEM, CO CITIBANK, 320 E BIG BEAVER RD STE, TROY MI 48083-1238 |
| 19276667 | + | EDI: CBS7AVE | Aug 13 2026 03:29:00 | MONTGOMERYWD, 1112 7TH AVE, MONROE WI 53566-1364 |
| 19276669 | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 12 2026 23:40:00 | OFFICE OF THE UNITED STATES TRUSTEEE, 903 SAN JACINTO BOULEVARD, SUITE 230, AUSTIN, TX 78701-2450 |
| 19276671 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 12 2026 23:39:00 | REGIONAL FIN, 2523 E FIFTH STREET, TYLER, TX 75701-3544 |
| 19276674 | + | Email/Text: cs@securitycreditservicesllc.com | Aug 12 2026 23:39:00 | SECURITY CREDIT SERVICES, C/O OPPORTUN, 2623 WEST OXFORD LOOP, OXFORD, MS 38655-5442 |
| 19276675 | + | Email/Text: cs@securitycreditservicesllc.com | Aug 12 2026 23:39:00 | SECURITY CREDIT SERVICESS, C/O MERCURY FINANCIAL, 2623 W OXFORD LOOP, OXFORD, MS 38655-5442 |
| 19276677 | + | Email/Text: bkinfo@ccfi.com | Aug 12 2026 23:39:00 | SPEEDY CASH, 907 NORTH INTERSTATE HIGHWAY 35, ROUND ROCK, TX 78664-4219 |
| 19276678 | | Email/Text: bankruptcy@springoakscapital.com | Aug 12 2026 23:39:00 | SPRING OAKS CAPITAL LL, C/O WORLD FINANCE, 1400 CROSSWAYS BOULEVARD, CHESAPEAKE, VA 23320 |
| 19276679 | ^ | MEBN | Aug 12 2026 23:35:15 | STELLANTIS FINANCIAL SERVICES, 5757 WOODWAY DR STE 400, HOUSTON, TX 77057-1520 |
| 19276680 | + | Email/Text: bknotices@suncommunities.com | Aug 12 2026 23:40:00 | SUN COMMUNITIES INC., ATTN: LOSS MITIGATION DEPT., 27777 FRANKLIN ROAD, SUITE 300, SOUTHFIELD, MI 48034-8251 |
| 19276681 | ^ | MEBN | Aug 12 2026 23:35:17 | TEXAS HEALTH AND HUMAN SERVICES |

| | | | | |
|---|---|---|---|---|
| | | | | COMMISSION, P.O. BOX 149055, AUSTIN, TX 78714-9055 |
| 19276683 | ^ | MEBN | Aug 12 2026 23:35:25 | UALETT, 1000 N. WEST ST., SUTE 1200, WILMINGTON, DE 19801-1047 |
| 19276684 | | Email/Text: bknotice@upgrade.com | Aug 12 2026 23:39:00 | UPGRADE INC, 275 BATTERY ST FL 23, SAN FRANCISCO. CA 94111 |
| 19276685 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 12 2026 23:40:00 | UPSTART NETWORK INC., 2950 SOUTH DELAWARE STREET STE3, SAN MATEO, CA 94403-2580 |
| 19276686 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 12 2026 23:40:00 | VANDERBILT MORTGAGE, 500 ALCOA TRAIL, MARYVILLE, TN 37804 |
| 19276690 | + | Email/Text: bk@worldacceptance.com | Aug 12 2026 23:40:00 | WORLD FINANCE, 104 S MAIN ST, GREENVILLE, SC 29601-2711 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 2